AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Algonquin Gas Transmission, LLC, | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:15-cv-05081-CM |
| 0.47 Acres of Land, More or Less, et al., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Algonquin Gas Transmission LLP

Date:   07/01/2015

*Attorney's signature*

Victor J. Gallo    VG1902
*Printed name and bar number*

2 Wall Street
NY, NY 10005

*Address*

gallo@clm.com
*E-mail address*

(212) 238-8771
*Telephone number*

(212) 732-3232
*FAX number*