UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
Algonquin Gas Transmission, LLC,
             Plaintiff(s),

-against-

0.29 Acres of Land, et al., et al.,
             Defendant(s),
-----------------------------------------------------X

15 Civ. 5076 (CM) (JCM)
15 Civ. 5081 (CM)
15 Civ. 5623 (CM)

**AMENDED**
CALENDAR NOTICE

Please take notice that the above captioned matter has been **re-scheduled** for a:

| | | |
|---|---|---|
| ___Pre-trial Conference | ___Status Conference | ___ Oral argument |
| ___Settlement conference | ___Plea Hearing | (Bankruptcy Appeal) |
| _X_ Rule (16) conference | ___ Final pre-trial conference | ___Fairness Hearing |
| ___Telephone Conference | ___Jury Selection and Trial | ___ OTSC Hearing |
| ___ Non-Jury Trial | ___Inquest | |

**to Thursday, August 20, 2015 at 9:30 A.M. before the Honorable Colleen McMahon, United States District Judge** in Courtroom 17C, U. S. District Court, 500 Pearl Street, New York, New York 10007.

Any scheduling difficulties must be brought to the attention of the Court in writing and faxed to Chambers at (212) 805-6326.

Dated: July 21, 2015
       New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/21/15

So Ordered

_[signature]_
Colleen McMahon, U.S.D.J