**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NEW YORK 10007-1581
(212) 805-6325

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/31/15

CHAMBERS OF
COLLEEN McMAHON
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| TO ALL COUNSEL IN: | Algonquin Gas Transmission, LLC, v. 6.27 Acres of Land, et al., (And All Other Related Cases) 15 Civ. 4796 (CM) (JCM) |
| | 15 Civ. 4851, 15 Civ. 4852, 15 Civ. 5076, 15 Civ. 5081, 15 Civ. 5620, 15 Civ. 5623, 15 Civ. 5631, 15 Civ. 5641, 15 Civ. 5676, 15 Civ. 5908, 15 Civ. 5941, 15 Civ. 5942, 15 Civ. 5945, 15 Civ. 5950, |
| FROM: | Judge McMahon  CM |
| RE: | Rule 16 Conference |
| DATE: | July 31, 2015 |

---

Counsel:

Please take notice that the above captioned matters have been **re-scheduled** for a Rule 16 Conference to **Wednesday, August 19, 2015 at 10:30 a.m.** before the Honorable Colleen McMahon, United States District Judge in Courtroom 17C, U. S. District Court, 500 Pearl Street, New York, New York 10007.

    Any scheduling difficulties must be brought to the attention of the Court in writing and faxed to Chambers at (212) 805-6326.